JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
United States Department Of Justice
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department Of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Tel:   (415) 744-6491
Fax:   (415) 744-6476
E-Mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AGUA CALIENTE TRIBE OF CUPEÑO INDIANS OF THE PALA RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE S. ROBERTS, *et al.*,<br><br>Defendants. | Case No.: 2:15-cv-02329-JAM-KJN<br><br>**JOINT STIPULATION OF THE PARTIES TO PERMIT PLAINTIFF TO AMEND COMPLAINT AND JOINT REQUEST THAT DEFENDANT'S PENDING MOTION TO DISMISS BE TAKEN OFF CALENDAR**<br><br>**Hon. John A. Mendez** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Parties hereby stipulate as follows:

WHEREAS Defendant's Motion to Dismiss Plaintiff's second claim for relief to enjoin Defendant from replacing the name, "Pala Band of Luiseno Mission Indians of the Pala Reservation, California," as it appears on the List of Federally Recognized Tribes ("List"), with the name, "Pala Band of Mission Indians," is pending and currently set for hearing on March 8, 2016; and

WHEREAS, on January 29, 2016, Defendant published the 2016 List, which lists "the Pala Band of Mission Indians" instead of "the Pala Band of Luiseno Mission Indians of the Pala Reservation, California," thus mooting Plaintiff's second cause of action as currently pleaded; and

WHEREAS, on February 17, 2016, Defendant provided a written response denying Plaintiff's requests that the Bureau of Indian Affairs correct its alleged administrative error by adding the "Agua Caliente Tribe of Cupeño Indians of the Pala Reservation" to the List, thereby mooting Plaintiff's first claim for relief; and

WHEREAS, Plaintiff wishes to Amend its complaint to state claims for relief based on Defendant's actions; and

WHEREAS, the parties wish to resolve Plaintiff's claims by an Amended Complaint in this action,

NOW THEREFORE, the Parties jointly stipulate, subject to Court

**JOINT STIPULATION TO TAKE PENDING MOTION OFF CALENDAR AND PERMIT PLAINTIFF TO AMEND COMPLAINT**

approval, that Plaintiff may have up to and including March 8, 2016, to file its Amended Complaint.

It is further stipulated, subject to Court approval, that Defendants may have up to and including April 1, 2016, to respond to the Amended Complaint.

The parties further jointly request that the Court take Defendants' pending Motion to Dismiss off Calendar.

SO STIPULATED

DATED:  February 23, 2016         FOR PLAINTIFF

/s/ *Andrew W. Twietmeyer*
(As authorized February 23, 2016)
ANDREW W. TWIETMEYER
The Law Office of
Andrew W. Twietmeyer
10780 Santa Monica Blvd., Suite 401
Los Angeles, California
Tel: (310) 909-7138
Fax: (323) 988-7171
E-mail: awt@twietmeyerlaw.com

FOR THE FEDERAL DEFENDANTS

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

/s/ *David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division

3
**JOINT STIPULATION TO TAKE PENDING MOTION OFF CALENDAR AND PERMIT PLAINTIFF TO AMEND COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:  (415) 744-6491
Fax: (415) 744-6476
E-mail: david.glazer@usdoj.gov

**JOINT STIPULATION TO TAKE PENDING MOTION OFF CALENDAR AND PERMIT PLAINTIFF TO AMEND COMPLAINT**

# **ORDER**

The Court, having considered the Joint Stipulation of the Parties to Permit Plaintiff to Amend Complaint and Joint Request that Defendant's Pending Motion to Dismiss be Taken off Calendar and good cause appearing therefore, hereby orders as follows:

1. Defendant's Motion to Dismiss currently set for hearing on March 8, 2016, is hereby taken off calendar;

2. Plaintiff shall have up to and including March 8, 2016, to Amend its Complaint; and

3. Defendant shall have up to and including April 1, 2016, to respond to the Amended Complaint.

So Ordered

Dated: 2/23/2016          /s/ John A. Mendez_____
                          HON. JOHN A. MENDEZ
                          United States District Court Judge

## CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that on February 23, 2016, I caused the foregoing to be served upon counsel of record through the Court's electronic service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2016                /s/ *David B. Glazer*
                                        David B. Glazer